# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **IBARRA CONSULTING ENGINEERS, INC. AND RAQUEL IBARRA,** | § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | CIVIL ACTION NO. 3:19-cv-01437 |
| **JACOBS ENGINEERING GROUP, INC.** | § § § § | |
| *Defendant.* | § § § | |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant Jacobs Engineering Group, Inc. ("Jacobs") files this Notice of Removal under 28 U.S.C. §§ 1331, 1441, and 1446. In support of this Notice, Jacobs would respectfully show the following:

## STATEMENT OF THE CASE

1. On August 29, 2017, Plaintiff IBARRA CONSULTING ENGINEERS, INC. filed its Original Petition in the 95th Judicial District Court of Travis County, Texas, styled *IBARRA Consulting Engineers, Inc. v. Jacobs Engineering Group, Inc.*, Cause No. DC-17-11076 (the "State Court Lawsuit"). On May 16, 2019, Plaintiff filed a Third Amended Petition, adding for the first time an individual Plaintiff, Ms. Raquel Ibarra. Ms. Ibarra makes new individual claims of discrimination and retaliation under 42 U.S.C. § 1981.

2. Defendant timely filed its First Answer to Plaintiffs' Third Amended Petition, Affirmative and Other Defenses and Counterclaims on May 30, 2019.

## GROUNDS FOR REMOVAL

### Raquel Ibarra's Claim Presents a Federal Question

3. This Court has original jurisdiction over this matter by virtue of 28 U.S.C. §1331 because the matter involves a claim arising under the laws of the United States of America. Raquel Ibarra seeks relief under 42 U.S.C. § 1981 due to her allegations of racial discrimination and retaliation under a federal law. *See,* Plaintiff's Third Amended Petition attached hereto as *Exhibit 1*, at Paragraphs 85-96.

### VENUE

4. Venue for this action is proper in the Dallas Division of the Northern District of Texas because that is the district and division where the underlying state court action is pending. 28 U.S.C. § 1446(a).

### REMOVAL IS TIMELY

5. Jacobs was first served with Plaintiffs' Third Amended Petition with the new Federal court claims on May 16, 2019. *See* **Exhibit 1** (file-marked copy of the Third Amended Petition). Defendant timely answered in State Court on May 30, 2019. This notice of removal is being filed within 30 days of the original service date. This notice of removal is timely under 28 U.S.C. § 1446(b).

### ATTACHMENT OF STATE COURT PLEADINGS

6. A complete copy of the state court file, including the docket sheet, is attached hereto as **Exhibit 2.**

### NOTICE OF REMOVAL GIVEN TO STATE COURT

7. A Notice of Removal to Federal Court is being filed in the 95th Judicial District Court of Dallas County, Texas, as of this filing with the United States District Court for the

Northern District of Texas, Dallas Division.  A copy of the Notice provided to the state court is attached hereto as **Exhibit 3**.

## JURY DEMAND

8.    Plaintiffs have made a jury demand.

## CONCLUSION

9.    This court has original jurisdiction over this matter under 28 U.S.C. § 1331 and § 1441, because the new allegations asserted in the Third Amended Petition as to race discrimination and retaliation by the new individual Plaintiff, Raquel Ibarra, create a new federal question.  This action may be removed to this Court under 28 U.S.C. § 1441(a) and § 1446.

WHEREFORE, under and in accordance with 28 U.S.C. § 1446, Defendant removes this action from the 95th Judicial District Court of Dallas County, Texas to this Court on this 17th day of June, 2019.

>Respectfully submitted,
>
>OGLETREE, DEAKINS, NASH, SMOAK
>  & STEWART, P.C.
>
>*/s/ Corey E. Tanner*
>Shafeeqa W. Giarratani
>Texas Bar No. 24051493
>Shafeeqa.Giarratani@ogletree.com
>Corey E. Tanner
>Texas Bar No. 24071193
>Corey.Tanner@ogletree.com
>301 Congress Avenue, Suite 1150
>Austin, TX 78701
>Telephone: (512) 344-4700
>Fax: (512) 344-4701
>
>ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of June, 2019, a true copy of the foregoing "*Defendant's Notice of Removal*" has been served via electronic mail to all counsel of record as follows:

Robert S. Notzon
LAW OFFICE OF ROBERT S. NOTZON
1502 West Avenue
Austin, Texas 78701
*robert@notzonlaw.com*
Attorney for Plaintiff

                          */s/ Corey E. Tanner*
                          Corey E. Tanner

38833283.2